**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

LINDA DONNELLY,

    Plaintiff,

vs.                                             1:08-CV-124-SPM/AK

MEDLINE INDUSTRIES INC, et al.,

    Defendants.

_____/

**ORDER GRANTING MOTION TO CONTINUE**

THIS CAUSE comes before the Court upon the Parties' Joint Motion to Continue Trial (doc. 39), currently scheduled for September 8, 2009. Good cause having been found, it is hereby **ORDERED AND ADJUDGED**:

1. The motion (doc. 39) is *granted*.

2. The trial is rescheduled for **Monday, December 7, 2009, at 8:30 a.m.** in Gainesville, Florida.

3. The Court shall provide an alternate date and time for the pre-trial conference in accordance with the rescheduled trial date.

**DONE AND ORDERED** this second day of September, 2009.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        Chief United States District Judge